AO 91 (Rev. 11/11)  Criminal Complaint (approved by AUSA K.T. Newton)                    17-069

# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br>Arman Mkrtchyan<br><br>*Defendant(s)* | Case No. 17-mj-946-M |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 13, 2017__ in the county of __Philadelphia__ in the __Eastern__ District of __Pennsylvania__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 1029(a)(3) | Access device fraud (possession of 15 or more counterfeit access devices) |
| 18 U.S.C. Section 1028A | Aggravated identity theft |

This criminal complaint is based on these facts:

On or about February 13, 2017, in the Eastern District of Pennsylvania, defendant Arman Mkrtchyan committed access device fraud by possessing fifteen or more counterfeit access devices and committed aggravated identity theft, in violation of Title 18, United States Code, Sections 1029(a)(3) and 1028A.
See attached Affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Alex Broomfield, Special Agent, USSS
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __July 13, 2017__

*Judge's signature*

City and state: __Philadelphia, PA__           Honorable David R. Strawbridge
*Printed name and title*

# AFFIDAVIT

I, Alex Broomfield, being duly sworn, depose and state as follows:

1. I am employed as a Special Agent with the United States Secret Service. I have been employed by this agency for approximately 1 year and 10 months. I have had approximately 7 years of experience in the investigation of fraud and identity theft offenses. I am presently assigned to the Philadelphia Field office which investigates financial crimes, among other violations of Federal law. Prior to my employment with the United States Secret Service, I worked as a Senior Police Officer in the State of Georgia where I investigated various felonious crimes to include fraud and identity theft. Based upon my training, knowledge, experience and collaboration with other agents, I have advanced my skills in identifying and investigating federal crimes, including those relating to fraud and identity theft, and have become familiar with the methods and schemes that individuals use to commit such crimes.

2. The information in this Affidavit is based upon my personal knowledge and my discussions with, and review of reports of, other law enforcement officers. Because this Affidavit is submitted for the sole purpose of establishing probable cause to support the issuance of a complaint and arrest warrant, what follows is not all of the information that has been uncovered during this investigation.

3. This Affidavit is in support of an application for an arrest warrant for Arman Mkrtchyan for violations of Title 18, United States Code, Sections 1029(a)(3)(possession of fifteen or more counterfeit access devices) and 1028A (aggravated identity theft) in connection with an on-going investigation into an access device fraud and identity theft scheme operating in the Eastern District of Pennsylvania and elsewhere.

4. On or about February 13, 2017, ARMAN MKRTCHYAN was detained at the Philadelphia International Airport after a Transportation Security Administration ("TSA") employee, in pre-flight screening of MKRTCHYAN and his carry-on luggage, discovered, in MKRTCHYAN's carry-on luggage a hollow shaving cream can containing green leafy substance and a velvet drawstring bag containing twenty-three (23) blank white cards with magnetic stripes and chips, each with a hand-written four (4) digit code on the back, and eleven (11) telephone cards with magnetic strips, each with a hand-written four (4) digit code on the back.

5. I responded to a call from the Philadelphia Police Department, Airport Division, and conducted a scan of the thirty-four (34) cards recovered from MKRTCHYAN's carry-on luggage. Each of those cards was re-encoded with the following credit or debit account information of individuals other than MKRTCHYAN:

| **Type of Card** | **Issuer of Card** | **Last 4 Digits of Account Number Encoded on Card** | **Initials of Name Encoded on Card** |
|---|---|---|---|
| Blank white card | State Employees' Credit Union | 9304 | R.R. |
| Blank white card | Bank of America | 4635 | V.S. |
| Blank white card | PNC Bank | 4137 | C.L. |
| Blank white card | Regions Bank | 8894 | R.R. |
| Blank white card | Bank of America | 5434 | G.B. |
| Blank white card | Bank of America | 8708 | B.G. |
| Blank white card | Capital One | 6437 | G.K. |
| Blank white card | TD Bank | 1041 | None |
| Blank white card | Vystar Credit Union | 3398 | R.R. |
| Blank white card | Navy Federal Credit Union | 4818 | N.M. |
| Blank white card | PNC Bank | 3652 | None |
| Blank white card | SunTrust Bank | 5251 | None |
| Blank white card | UMB Bank | 4533 | N.S. |
| Blank white card | PNC Bank | 6407 | R.R. |
| Blank white card | USAA Savings Bank | 3631 | M.M. |
| Blank white card | PNC Bank | 7728 | R.R. |

| Type of Card | Issuer of Card | Last 4 Digits of Account Number Encoded on Card | Initials of Name Encoded on Card |
|---|---|---|---|
| Blank white card | Wilmington Trust | 6209 | None |
| Blank white card | Wells Fargo Bank | 0242 | R.R. |
| Blank white card | PNC Bank | 6187 | R.R. |
| Blank white card | PNC Bank | 8901 | R.R. |
| Blank white card | PNC Bank | 9114 | R.R. |
| Blank white card | PNC Bank | 2989 | R.R. |
| Blank white card | USAA Savings Bank | 3631 | M.M. |
| Telephone card | TD Bank | 4690 | I.S. |
| Telephone card | Capital One | 1118 | R.C. |
| Telephone card | PSCU Inc. | 6761 | None |
| Telephone card | Capital One | 0010 | R.C. |
| Telephone card | USAA Savings Bank | 2165 | A.M. |
| Telephone card | USAA Savings Bank | 2402 | M.O. |
| Telephone card | SunTrust Bank | 1602 | None |
| Telephone card | Capital One | 3443 | D.A. |
| Telephone card | Capital One | 5407 | N.E. |
| Telephone card | Capital One | 4004 | R.C. |
| Telephone card | Wells Fargo Bank | 2182 | N.C. |

6. I learned that Philadelphia police officers contacted victim M.O., a resident of Washington, DC, and M.O. stated that an unknown person had used his USAA Savings Bank Visa debit card number ending in 2402 to withdraw $380.00 from his account at an ATM in Maryland and that two additional attempts to make ATM withdrawals from his account had been made as well.

7. I also learned that Philadelphia police officers contacted victim M.M. who confirmed that she did not authorize anyone, including ARMAN MKRTCHYAN, to use her USAA Saving Bank debit account number.

8. At the time of these offenses, the financial institutions that issued the account numbers were companies doing business in interstate commerce.

9. Based on the above facts, there is probable cause to believe that ARMAN MKRTCHYAN committed access device fraud by possessing fifteen or more counterfeit access device cards, in violation of 18 U.S.C. §§ 1029(a)(3), and committed aggravated identity theft in violation of 18 U.S.C. §§ 1028A.

_____
Alex Broomfield
Special Agent
United States Secret Service

Sworn and Subscribed before me
this __13__ of July, 2017

_____
HONORABLE DAVID R. STRAWBRIDGE
United States Magistrate Judge

-4-